UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPAM ARREST, LLC, a Washington limited liability company,<br><br>                      Plaintiff,<br><br>   v.<br><br>SENTIENT JET, LLC, a Delaware limited liability company, and SENTIENT JET CHARTER, LLC, a Delaware limited liability company,<br><br>                      Defendants. | No. 2:12-cv-00504<br><br>**NOTICE TO PLAINTIFF OF REMOVAL** |

TO:        Plaintiff Spam Arrest, LLC;

AND TO:   Newman Du Wors LLP, Plaintiff's attorneys of record.

       PLEASE TAKE NOTICE that on March 23, 2012, Defendants SENTIENT JET, LLC and SENTIENT JET CHARTER, LLC (collectively "Sentient Jet" or "Defendants") filed with the Clerk of the United States District Court for the Western District of Washington at Seattle a Notice of Removal of the action brought in the Superior Court of Washington for King County, captioned *Spam Arrest, LLC v. Sentient Jet, LLC, et al.*, Cause No. 12-2-05284-1 SEA, and the record of the Superior Court; and Defendants have filed in the Superior Court a copy of the Notice to Superior Court of Filing of Notice of Removal; and that this action has

NOTICE TO PLAINTIFF OF REMOVAL – Page 1
No. 2:12-cv-00504

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1   thereby been removed from the Superior Court to the United States District Court. A copy of

2   the Notice of Removal is hereby served upon you.

3       DATED this 23rd day of March, 2012.

4                           CORR CRONIN MICHELSON
                        BAUMGARDNER & PREECE LLP

                        */s/ Anthony Todaro*
                        */s/ Sarah Tilstra*
                        Anthony Todaro, WSBA No. 30391
                        Sarah Tilstra, WSBA No. 35706
                        1001 Fourth Avenue, Suite 3900
                        Seattle, Washington 98154-1051
                        Tel:   (206) 625-8600
                        Fax:  (206) 625-0900
                        Email: atodaro@corrcronin.com
                                  stilstra@corrcronin.com
                        Attorneys for Defendants Sentient Jet, LLC and Sentient Jet Charter, LLC

NOTICE TO PLAINTIFF OF REMOVAL – Page 2
No. 2:12-cv-00504

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Derek A. Newman, WSBA No. 26967
> Derek Linke, WSBA No. 38314
> Newman Du Wors LLP
> 1201 Third Avenue, Suite 1600
> Seattle, WA  98101
> derek@newmanlaw.com
> linke@newmanlaw.com
> ***Attorney for Plaintiff***

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> N/A

DATED: March 23, 2012, at Seattle, Washington.

> */s/ Sarah Tilstra*
> Sarah Tilstra, WSBA No. 35706
> CORR CRONIN MICHELSON
> BAUMGARDNER & PREECE LLP
> 1001 Fourth Avenue, Suite 3900
> Seattle, Washington 98154-1051
> Tel:   (206) 625-8600
> Fax:   (206) 625-0900
> Email: stilstra@corrcronin.com

NOTICE TO PLAINTIFF OF REMOVAL – Page 3
No. 2:12-cv-00504

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900